**KENTUCKY-JELLICO COAL COMPANY, Movant, v. J. T. SEARS et al., Opposed.**

Court of Appeals of Kentucky.

Nov. 11, 1941.

Hiram H. Owens for movant.

George R. Pope, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**Pete SANI, Appellant, v. COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 14, 1941.

Leon J. Shaikun and John R. Williams for appellant.

Hubert Meredith, Attorney General, A. E. Funk, Assistant Attorney General, Hal O. Williams and T. A. Luman for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**SWARTZ v. COMMONWEALTH.**

Court of Appeals of Kentucky.

Nov. 21, 1941.

G. C. Ewing for movant.

Hubert Meredith, Attorney General, and J. Sidney Caudel, Commonwealth's Attorney, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.